# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Search of
(Briefly describe the property to be searched or identify the person by name and address)

1344 East Airdrie Street, Philadelphia Pennsylvania

CASE NUMBER: 18-731-M

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Pennsylvania *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE**

**YOU ARE COMMANDED** to execute this warrant on or before ___May 21, 2018___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/7/18 at 8:00pm   [signature] Lynne A. Sitarski   5/8/2018
Judge's signature

City and state: Phila, Pennsylvania   for HON. LYNNE A. SITARSKI, U.S. MAGISTRATE JUDGE
Printed name and title

and with permission obtained by telephone pursuant to Rule 4.1

| | Return | |
|---|---|---|
| Case No.: 18-731 ~~2616699~~ | Date and time warrant executed: 5/7/2018 8:00 PM | Copy of warrant and inventory left with: Kitchen Table |

Inventory made in the presence of:

Inspector Corrigan

Inventory of the property taken and name of any person(s) seized:

Please see attached documents.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/2018

_Executing officer's signature_

Matthew Lynch, US Postal Inspector
_Printed name and title_

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____  Date: MAY 7, 2018

Subject Address: 1344 E. AIRDRIE ST.  PHILA, PA 19124  Floor/Room No. _____

Inspector(s): LYNCH  Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| (B) 1 | PRIOR PARCEL - BASEMENT STEPS - ZAVORSKI |
| (K) 1 | ORIGINAL PARCEL CONTENTS FROM CD - KING |
| (K) 1 | WHITE CELL iPHONE NEXT TO PARCEL CONTENTS - KING |
| (K) 1 | ORIGINAL OUTER BOX FROM CD - KING |
| (K) 1 | BLACK LG CELL PHONE - PIASECKI |
| (2FB) 1 | DVR SYSTEM + POWER CORD - ZAVORSKI |
| (K) 1 | ORANGE HAMMER - PIASECKI |
| (B) 1 | SCALE - KING |
| (B) 1 | BAGGIE WHITE POWDERY SUBSTANCE - KING |
| (B) 1 | BOX W RED BAG AND CLEAR BAG CONTAINING SMALL PURPLE VILE - KING |
| (2FB) 1 | BAG W/ CASH (US CURRENCY) IN SAFE - ZAVORSKI |
| 1 | VARIOUS DOCUMENTS / 6 PASSPORTS IN SAFE - ZAVORSKI |
| (K) 1 | GLOCK .40 CALIBER MAG W/ 10 HOLLOW POINT RDS - ZAVORSKI |
| (K) 1 | REMNANTS OF PRIOR PACKAGE - ZAVORSKI |
| (B) 1 | BOX - PACKAGING MATERIAL - KRAFT |
| (B) 1 | BOX - BLUE BAGGIES - KRAFT |
| (K) 1 | 1 POT W/ KNIFE AND WHITE REIDUE - ZAVORSKI |
| (2FB) 2 | CELL PHONES 1 MOTOROLA / 1 SAMSUNG - VOIT |

DISTRIBUTION OF COPIES: White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____
Date: MAY 7, 2018

Subject Address: 1344 AIRDRIE ST. PHILA, PA 19124
Floor/Room No. _____

Inspector(s): LYNCH
Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| (2FB) 1 | BLACK/SILVER RUGER SN 331-34528 W/ MAG CONTAING APPROX 16 ROUNDS - DUROCHER |
| (LV) 1 | APPLE iPHONE SE - ZAVORSKI (IMEI-355435074974394) |
| (2FB) 3 | CELL PHONES (2 PATRIOT MOBILE) (1 W/ # 267-650-5385) - DUROCH |
| (B) 1 | PASSPORT + SOCIAL SECURITY CARD - YARNETTE MONET - KRAFT |
| (2FB) 1 | W2 FOR ALEXIS ORTIZ - GREEN-SPAND |
| (2FB) 1 | WALLET JAMES ERIEL RONDON - GREEN-SPAND |
| (2BB) 1 | BLACK BACKPACK CONTAINING US CURRENCY - ZAVORSKI |
| (2FB) 3 | CELL PHONES (2) AND SCALE (1) - GREEN-SPAND |

(PFC) 5/7/18   5/7/18  (PFC)

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*

## ATTACHMENT A

### Premises to be Searched

The premises to be searched is located at 1344 East Airdrie Street, Philadelphia, Pennsylvania. It is a two story row home with a beige masonry front, a white steel fence surrounding the front porch, and the numbers 1344 clearly marked on the wall directly next to the front door and on the mailbox in the porch area



## ATTACHMENT B

## Property to be Seized

1. Books, records, receipts, notes, ledgers, or electronic data relating in any way to the importation, transportation, ordering, tracking, purchases and distribution of controlled substances;

2. A Priority Mail parcel, number 9505510690238122103826, addressed to "Luis Riverra 3417 N. Lee St. Philadelphia PA. 19134" with a return address of "Jose Torres, Cond. Corral Beach, JL. Mercado Asosiate, P.O. Box 4844 Carolina, P.R 00984."

3. Papers, tickets, notes, receipts, passports and other items relating to recent domestic and international travel.

4. All records and other documents related to the possession, shipment, tracking and delivery of illegal controlled substances.

5. Indicia of occupancy, residency, and ownership or use of the subject premises, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, identification documents and keys.

6. Address and/or telephone books, rolodex indicia, electronic organizers, telephone paging devices and the memory thereof and any papers, records or electronic data reflecting names, addresses, telephone numbers, pager numbers of co-conspirators, sources of drug supply, drug customers.

7. Controlled substances, drug paraphernalia, including chemical dilutents, firearms and other weapons, weighing scales, mixing bowls, glassine bags, spoons, utilized in the weighing and packaging of controlled substances.

8. Cellular telephones, computers, tablets and any other form of electronic communication which can be used in the electronic tracking of mail parcels or other couriers delivery confirmation reports and notifications.

9. Surveillance and recording equipment.

All of which constitute fruits, evidence and/or instrumentalities of violations of Title 21, United States Code, Sections 841, 843(b).